IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 11 2009
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY

| | |
|---|---|
| ANTHONY CHARLES FOSTER, JR., § § Petitioner, § § v. § § NATHANIEL QUARTERMAN, Director, § Texas Department of Criminal Justice, § Correctional Institutions Division, § § Respondent. § | 2:08-CV-0192 |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On April 13, 2009, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be dismissed as time barred. As of this date, no objections to the Magistrate Judge's Report and Recommendation have been filed of record.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, the petition for a writ of habeas corpus is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this ___11th___ day of ___May___ 2009.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE